UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. WILLIAM J. MARTINI |
| v. | : | Crim. No. 10-569  (WJM) |
| JOHN DOE | : | **O R D E R** |

This matter having come before the Court on the application of Paul Fishman, United States Attorney for the District of New Jersey (by Andrew D. Kogan, Assistant U.S. Attorney, appearing), for an order: (1) changing the caption in this matter to United States v. Iman Kazerani; and (2) unsealing the following documents in this matter: (a) minutes regarding the September 23, 2010, court hearing; (b) transcript of the plea hearing; (c) plea agreement; (d) Rule 11 form; (e) Information; (f) waiver of Indictment; (g) Notice of Allocation and Assignment; and (h) documents concerning bail; and the United States advising the Court that there is no longer a substantial and compelling interest that would be harmed if the relief sought was not granted which overrides the interests in denying the relief and granting full access to the hearing and corresponding docket; and the Court, on September 14, 2010, having granted an order to, among other things, file documents in this matter under seal; and there being no objection by the defendant; and for good cause shown,

IT IS ON this 21 day of December, 2012

ORDERED that: (1) the Clerk's Office shall change the caption in this matter to <u>United States v. Iman Kazerani</u>; and (2) the following documents are hereby unsealed: (a) minutes regarding the September 23, 2010, court hearing; (b) transcript of the plea hearing; (c) plea agreement; (d) Rule 11 form; (e) Information; (f) waiver of Indictment; (g) Notice of Allocation and Assignment; and (h) documents concerning bail.

_____
HON. WILLIAM J. MARTINI
United States District Judge